# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ANTHONY MARIN,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>FEDERAL BUREAU OF INVESTIGATION;<br>UNITED STATES SECRET SERVICE;<br>and FEDERAL OFFICIALS IN THEIR OFFICIAL<br>CAPACITIES TO BE IDENTIFIED,<br>Defendants. | Case: 1:26-cv-02548 JURY DEMAND<br>Assigned To : Unassigned<br>Assign. Date : 7/13/2026<br>Description: Pro Se Gen. Civ. (F-DECK) |

## MOTION FOR RECORD PRESERVATION AND LIMITED PROSPECTIVE RELIEF

Plaintiff respectfully requests an order requiring federal defendants and relevant federal agencies to preserve records concerning Plaintiff, including records of telephone calls, online tips, field office contacts, emails, referrals, administrative classifications, records-management notes, and communications with other agencies.

Plaintiff has submitted FOIA and Privacy Act requests seeking records concerning his contacts with the FBI and United States Secret Service. Plaintiff is concerned that relevant records may be lost, overwritten, destroyed under retention schedules, or otherwise become unavailable before this case can be adjudicated.

Plaintiff requests preservation of records concerning: (1) July 15, 2019 communications known to federal recipients or referred to federal agencies; (2) late-2019 FBI telephone contacts; (3) the September 2022 FBI Philadelphia visit; (4) the November 2022 Secret Service interaction; (5) September 2023 through July 2024 FBI contacts, tips, and calls; (6) the July 15, 2024 FBI Chicago visit; (7) any internal designation of Plaintiff as a repeated tipster or similar classification; and (8) records reflecting referrals to state or local agencies.

Plaintiff also seeks through this motion to ask the Court to directly dismiss or enjoin any state criminal proceedings, including the prosecutions and result thereof from Cook County Circuit Court, 23CR023802 and 25CR02532. Plaintiff seeks preservation and prospective relief directed to federal records and federal agency conduct.

### Requested Order

1. Federal defendants shall preserve all records reasonably related to Plaintiff and the communications identified above pending further order of the Court.
2. Federal defendants shall identify the systems searched or preserved, including any records-management systems containing complaint, intake, tip, visitor, telephone, referral, or administrative classification records.
3. Federal defendants shall not destroy, overwrite, or purge responsive records while FOIA/Privacy Act requests and this action remain pending, subject to lawful retention exceptions identified to the Court.

Respectfully submitted,

Richard Anthony Marin
Plaintiff Pro Se

*Richard Anthony Marin*

RECEIVED
MAILROOM

JUL 1 3 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia